# LS
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Tyreek M. maxwell JK-7424

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**11    7565**

- against -

1.) MICHAEL NUTTER, MAYOR OF
    THE CITY OF PHILADELPHIA;

2.) CHARLES RAMSEY, POLICE
    COMMISSIONER OF
    PHILADELPHIA;

3.) PHILADELPHIA POLICE
    OFFICER MOSER, BADGE # 9505,
    25TH DISTRICT, ORDINANCE
    DISPOSAL UNIT

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Tyreek maxwell
             ID #  JK-7424
             Current Institution  S.C.I Somerset
             Address  1600 walters mill RD
                      Somerset, PA 15510

*Rev. 10/2009*

3)

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  MICHAEL NUTTER, MAYOR  Shield #  N/A
                   Where Currently Employed  CITY OF PHILADELPHIA, MAYOR'S OFC.
                   Address  CITY HALL, PHILADELPHIA,
                   PENNSYLVANIA

Defendant No. 2    Name  CHARLES RAMSEY  Shield #  N/A
                   Where Currently Employed  CITY OF PHILA., POLICE HDQTRS.
                   Address  POLICE HEADQUARTERS, 8TH & RACE,
                   PHILADELPHIA, PENNSYLVANIA

Defendant No. 3    Name  P/o moseR  Shield #  9505
                   Where Currently Employed  25th District police Department of philAdelphia
                   Address  ordinance Disposal unit
                   3901 whitaker phila, PA 19124

Defendant No. 4    Name  N/A  Shield #  N/A
                   Where Currently Employed  N/A
                   Address  N/A

Defendant No. 5    Name  N/A  Shield #  N/A
                   Where Currently Employed  N/A
                   Address  N/A

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  This Didn't occuR
in a prison it occurred on The streets see attached 2B

B.    Where in the institution did the events giving rise to your claim(s) occur?  It happended
on The streets not in prison

C.    What date and approximate time did the events giving rise to your claim(s) occur?  It occurred
December 30, 2009) approximately 10:01 pm in North philadelphia

Defendant No.

2B) II statement of claims   1.) Michael Nutter, the Mayor of Philadelphia, is the City official ultimately responsible for the conduct/misconduct of all officers of the Philadelphia Police Department, as he has executive authority over that Department as part of his duties as the Mayor. He is the Police Commissioner's boss, and as the Police Commissioner's ultimate boss, he is responsible for the policies and standards that govern the administration of the Police Department. He must answer for the misconduct of any Department under his control because all City Departments answer to him because he is the Mayor and ultimate executive authority under the City Charter.

2B.) II Statement of claim.

Defendant No. 2.) Charles Ramsey, Police Commissioner of Philadelphia, is the boss of all Philadelphia police officers and administrative police supervisors at headquarters and in the Field. He is responsible for the conduct/misconduct of all his officers and supervisors, as well as for disciplining and removing officers/supervisors when appropriate. The practices and procedures that he establishes/approves dictate, in large part, police conduct under his watch on a day-to-day basis. He must answer for the misconduct of any of his subordinates.

2B) II statement of claims  **3.)** P/o moser # 9505

I was shot Twice from behind By a police officer P/o moseR # 9505
ordinance Disposal unit 25th District police Department of philadelphia
and I was Falsely arrested and charged with murder, Attempted murder on
A police officer and Aggravated assault on a police officer on The time
and Date of December 30, 2009 approximately 10:01 pm in North
philadelphia on The 1100th Block of E Venago street police officer

MoseR # 9505 25th District ordinance Disposal unit shot me
Twice From behind and also charged me with Those False crimes and
charges he Falsely Justified shooting me By saying I pointed A gun
at him or I was trying to Those charges I was charged with By
P/o moseR # 9505 was Later on withDrawn

| | |
|---|---|
| **What happened to you?** | D.    Facts: I was shot twice From behond By a police oFFicer and I was Falsely arrested For murder , attempted murder on A police oFFicer and Aggravated assavlt on A police oFFicer Those charges was Later on A withdrawn The police oFFicer who shot me Justification For shooting me was That I pointed A gun at him so he shot me Based on his (see Attached 3D) |
| **Who did what?** | p/o moseR # 9505 shot me Twice From behond and he Falsed Falsified police Reports and Falsly arrested and charged Me with murder, Attempted murder on A police oFFicer and Aggravated assavlt on A police oFFicer |
| **Was anyone else involved?** | Defendant Moser's partner stated that he never saw plaintiff with a gun but did see defendant Moser fire twice at plaintiff. |
| **Who else saw what happened?** | ① p/o leslie Baker # 1335, PR # 241134 philadelphia police department - highway 660 E Erie Ave. phila, pA 19124 ; ② p/o Jose velez # 6201, PR # 220328, 2C philadelphia police Department 25th District police Department (see attached 3D) |

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was shot twice From behond and I Recieved treatment at Temple university hospital During The event aFter I was treated For Symptoms which Include , Anxiety Disorder, post tramatic stress disorder panic attacks , severe stress, Anxiety , severe depression Flash backs and insomnia

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

¶ 3D

**what happened To you?**

Brief assumption That I pointed A gun at him or in his Direction I was charged with Aggravated assault on A police officer also Attempted murder on A police officer Those charges was Later on withdrawn ( Cp-51-CR-0006371-2010)

**who else saw what happened?**

③ p/o Robert Dibiasio # 3845, PR # 216,801, city of philadelphia(S.W.A.T) 660 E Erie Ave. philadelphia, PA 19124

④ p/o James Graber # 2910, PR # 235,645, philadelphia police Department, 25th District 3901 whitaker Ave. philadelphia, PA 19124

⑤ SG.T. edou # 8859 25th District police Department 3901 whitaker Ave. philadelphia, PA 19124 ⑥ p/o Erik Bullock # 1507, PR # 225,049 philadelphia police Department 660 E Erie Ave. philadelphia, PA 19124 ⑦ p/o marcus salas # 2139 philadelphia police Department 25th District # 2 platoon C. philadelphia, PA 19124 ⑧ p/o Ivan Rosado # 3597 philadelphia police Department highway patrol unit # 1 platoon philadelphia, PA 19124

⑨ p/o murphy # 4850 philadelphia, PA 19124 high way patrol 660 E Erie Ave. philadelphia, PA 19124 ⑩ p/o christopher Hyk # 6173 philadelphia police Department 25th District 5A pR# 258489 philadelphia, PA 19124

⑪ p/o Joseph cooney # 2912, PR # 213048 city of philadelphia (S.W.A.T) 660 E Erie Ave. philadelphia, PA 19124 These are The names and Badge numbers of The 11 officers who was There The Day of The event on December 30, 2009, Approximately 10:01 pm in North philadelphia on The 1100th Block of E venago

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _____ *N/A*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ *N/A* _____

_____

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _____ Do Not Know *N/A*

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)? *N/A*

Yes _____ No _____ Do Not Know _____ *N/A*

If YES, which claim(s)? _____ *N/A* _____

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _____ *N/A*

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____ *N/A*

E.      If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ *N/A* _____

1.      Which claim(s) in this complaint did you grieve? _____ *N/A* _____

2.      What was the result, if any? _____ *N/A* _____

3.      What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____ *N/A* _____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _N/A_
_This happend on The streets not in a_
_prison_
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any: _This happend on_
_The streets not in prison_
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _N/A_
_____
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _I will Like 25,000,000._
_(Twenty-Five million Dollars) For DeFamation_
_pain and suffering, emotional Distress, mental anguish_
_Symptoms which include 1) Anxiety Disorder_
_2) post-tramatie stress disorder, panic attacks_
_severe stress, Anxiety, severe Depression, Flash Backs_
_insomnia_

I Belive This event oFten, I have Lost oF sleep and Flash
Backs I panic aLot when I Belive This event or Different
Things happen I stress aLot I now have to Take medication
To help me and I oFten go into A Deep pepression stage
I oFten Feel pain That is unbearable

**VI.**     **Previous lawsuits:**

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No _N/A_

On these claims

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _N/A_  N/A

Defendants _____ N/A

2.     Court (if federal court, name the district; if state court, name the county) __ N/A

3.     Docket or Index number ____ N/A

4.     Name of Judge assigned to your case ____ N/A

5.     Approximate date of filing lawsuit ____ N/A

6.     Is the case still pending?   Yes ____ No ___ N/A    N/A

If NO, give the approximate date of disposition ____ N/A

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ *N/A*

C.   Have you filed other lawsuits in state or federal court?

On other claims

Yes _____ No *N/A*

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ *N/A*

Defendants _____ *N/A*

2.   Court (if federal court, name the district; if state court, name the county) *N/A*

3.   Docket or Index number _____ *N/A*

4.   Name of Judge assigned to your case _____ *N/A*

5.   Approximate date of filing lawsuit _____ *N/A*

6.   Is the case still pending?   Yes _____ No _____ *N/A*

If NO, give the approximate date of disposition _____ *N/A*

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ *N/A*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **6** day of **December**, 20**11**.

Signature of Plaintiff _____

Inmate Number _____ JK-7424

Institution Address _____ S.C.I somerset

1600 walters mill RD

somerset, PA 15510

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.


I declare under penalty of perjury that on this __6__ day of _December_____, 20 _11___, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.




Signature of Plaintiff: _____ JK-2424_____

## INMATE TRUST FUND CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning you inmate trust fund account balances; and 2) a certified copy of your inmate trust fund account statement showing all deposits and withdrawals for the prior six-month period.

*I certify that the petitioner:* Tyreek Maxwell, JK7424 *has the sum of $* 67.89 *on account to his credit at the State Correctional Institution – Graterford, where he is confined.*

*I further certify that the petitioner likewise has the following securities to his credit according to the records of said.* N/A

Institutions:

_____

_____

_____

Shannon Bean, Inmate Acct Assist

**SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL**

11-17-2011

**DATE**

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE 11/17/2011
REMOTE PRINT TIME 10:16             FROM PURGE FILE            PAGE         1
```

| INMATE | NAME |  |  |  |  |
|--------|------|--|--|--|--|
| NUMBER | LAST | FIRST | MI | | STARTING BALANCE |
| JK7424 | MAXWELL | TYREEK | | | 86.64 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|--|-------------------------|--------------------|---------------------------|
| 9665 | 01-06-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201012Grp 2 | 9.56 | 96.20 |
| 9665 | 01-06-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201012Grp 2 | 27.50 | 123.70 |
| 9691 | 01-07-2011 | 36 | Debit 36 - Library Copies | -5.00 | 118.70 |
| 9704 | 01-10-2011 | 32 | Debit 32 - Commissary | -55.63 | 63.07 |
| 9767 | 01-14-2011 | 36 | Debit 36 - Library Copies | -5.00 | 58.07 |
| 9763 | 01-14-2011 | 32 | Debit 32 - Commissary | -13.40 | 44.67 |
| 9839 | 01-21-2011 | 32 | Debit 32 - Commissary | -3.09 | 41.58 |
| 9903 | 01-27-2011 | 34 | Debit 34 - Cable | -16.50 | 25.08 |
| 9904 | 01-28-2011 | 13 | Credit 13 - Personal Gifts | 25.00 | 50.08 |
| 9959 | 02-02-2011 | 13 | Credit 13 - Personal Gifts | 45.00 | 95.08 |
| 9988 | 02-03-2011 | 36 | Debit 36 - Library Copies | -5.00 | 90.08 |
| 9993 | 02-04-2011 | 32 | Debit 32 - Commissary | -24.80 | 65.28 |
| 9 | 02-07-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201101Grp 2 | 8.50 | 73.78 |
| 9 | 02-07-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201101Grp 2 | 30.21 | 103.99 |
| 72 | 02-11-2011 | 32 | Debit 32 - Commissary | -27.15 | 76.84 |
| 124 | 02-15-2011 | 36 | Debit 36 - Library Copies | -10.00 | 66.84 |
| 125 | 02-16-2011 | 13 | Credit 13 - Personal Gifts | 20.00 | 86.84 |
| 166 | 02-18-2011 | 32 | Debit 32 - Commissary | -24.01 | 62.83 |
| 187 | 02-22-2011 | 36 | Debit 36 - Library Copies | -5.00 | 57.83 |
| 239 | 02-26-2011 | 34 | Debit 34 - Cable | -16.50 | 41.33 |
| 323 | 03-07-2011 | 13 | Credit 13 - Personal Gifts | 45.00 | 86.33 |
| 324 | 03-07-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201102Grp 2 | 18.72 | 105.05 |

*page 1 of 5*
*SCI Graterford*
*Shannon Bear,*
*Inmate Acct Assist.*

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING         DATE 11/17/2011
REMOTE PRINT TIME 10:16           FROM PURGE FILE              PAGE          2


        INMATE    NAME
        NUMBER    LAST                    FIRST           MI
        JK7424    MAXWELL                 TYREEK
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 508 | 03-24-2011 | 86 | Credit | | |
| | | 13 | 13 - Personal Gifts | 100.00 | 205.05 |
| 569 | 03-29-2011 | 34 | Debit | | |
| | | | 34 - Cable | -16.50 | 188.55 |
| 902 | 04-28-2011 | 34 | Debit | | |
| | | | 34 - Cable | -16.50 | 172.05 |
| 0 | 05-19-2011 | 82 | Transfer Out | | |
| | | | Somerset | | |
| 0 | 05-19-2011 | 81 | Transfer In | | |
| | | | Graterford | | |
| 815 | 05-19-2011 | 13 | Credit | | |
| | | | 13 - Personal Gifts | 65.00 | 237.05 |
| 865 | 05-24-2011 | 32 | Debit | | |
| | | | 32 - Commissary | -53.96 | 183.09 |
| 893 | 05-26-2011 | 34 | Debit | | |
| | | | 34 - Cable | -16.50 | 166.59 |
| 0 | 06-01-2011 | 82 | Transfer Out | | |
| | | | Graterford | | |
| 0 | 06-01-2011 | 81 | Transfer In | | |
| | | | Somerset | | |
| 1716 | 06-03-2011 | 32 | Debit | | |
| | | | 32 - Commissary | -54.31 | 112.28 |
| 1769 | 06-08-2011 | 13 | Credit | | |
| | | | 13 - Personal Gifts | 75.00 | 187.28 |
| 1806 | 06-10-2011 | 32 | Debit | | |
| | | | 32 - Commissary | -78.86 | 108.42 |
| 1817 | 06-10-2011 | 34 | Credit | | |
| | | | 34 - Cable | -49.50 | 157.92 |
| 0 | 06-10-2011 | 82 | Transfer Out | | |
| | | | Somerset | | |
| 0 | 06-10-2011 | 81 | Transfer In | | |
| | | | Graterford | | |
| 1036 | 06-10-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 157.48 |
| 1036 | 06-10-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 157.04 |
| 1036 | 06-10-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 156.60 |
| 1036 | 06-10-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 156.16 |
| 1036 | 06-10-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 155.72 |
| 0 | 06-10-2011 | 82 | Transfer Out | | |
| | | | Graterford | | |

page 2 of 5
SCI Graterford
Sharron J. Bean.
Inmate Acct assist.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING      DATE 11/17/2011
REMOTE PRINT TIME 10:16               FROM PURGE FILE         PAGE         4
```

| INMATE | NAME | | | |
|--------|------|---|---|---|
| NUMBER | LAST | | FIRST | MI |
| JK7424 | MAXWELL | | TYREEK | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|---|-------------------------|--------------------|---------------------------|
| 2425 | 08-08-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201107Grp 2 | 4.25 | 27.63 |
| 2425 | 08-08-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201107Grp 2 | 36.24 | 63.87 |
| 2486 | 08-12-2011 | 32 | Debit 32 - Commissary | -2.58 | 61.29 |
| 2554 | 08-19-2011 | 32 | Debit 32 - Commissary | -.18 | 61.11 |
| 2618 | 08-25-2011 | 34 | Debit 34 - Cable | -16.50 | 44.61 |
| 2622 | 08-26-2011 | 32 | Debit 32 - Commissary | -3.03 | 41.58 |
| 2697 | 09-02-2011 | 32 | Debit 32 - Commissary | -19.63 | 21.95 |
| 2711 | 09-06-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201108Grp 2 | 58.74 | 80.69 |
| 2756 | 09-09-2011 | 32 | Debit 32 - Commissary | -56.82 | 23.87 |
| 2832 | 09-16-2011 | 32 | Debit 32 - Commissary | -9.08 | 14.79 |
| 2898 | 09-23-2011 | 37 | Debit 37 - Postage | -2.48 | 12.31 |
| 2900 | 09-23-2011 | 32 | Debit 32 - Commissary | -10.78 | 1.53 |
| 2965 | 09-30-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201109Grp 2 | 43.89 | 45.42 |
| 2967 | 09-30-2011 | 32 | Debit 32 - Commissary | -.18 | 45.24 |

```
            BALANCE AFTER THESE TRANSACTIONS------>       45.24
```

page 4 of 5
SCI Graterford
Sharron S. Bean, Inmate acct assist.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN       IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 11/17/2011
REMOTE PRINT TIME 10:16            FROM ACTIVE FILE              PAGE         1

      INMATE    NAME
      NUMBER    LAST                  FIRST          MI              STARTING BALANCE
      JK7424    MAXWELL               TYREEK                               45.24
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 0 | 10-04-2011 | 82 | Transfer Out Somerset | | |
| 0 | 10-04-2011 | 81 | Transfer In Smithfield | | |
| 0 | 10-13-2011 | 82 | Transfer Out Smithfield | | |
| 0 | 10-13-2011 | 81 | Transfer In Graterford | | |
| 2340 | 10-18-2011 | 32 | Debit 32 - Commissary | -26.03 | 19.21 |
| 2426 | 10-25-2011 | 37 | Debit 37 - Postage | -.44 | 18.77 |
| 2426 | 10-25-2011 | 37 | Debit 37 - Postage | -.44 | 18.33 |
| 2426 | 10-25-2011 | 37 | Debit 37 - Postage | -.44 | 17.89 |
| 2566 | 11-07-2011 | 13 | Credit 13 - Personal Gifts | 50.00 | 67.89 |

```
                     BALANCE AFTER THESE TRANSACTIONS------>        67.89
```

page 5 of 5
SCI Graterford
Sharron I. Blow,
Inmate Acct Cessist.



**Integrated Offender Case Management System**                    **11/22/2011 9:14:15 AM**

## Monthly Account Statement

**From Date:** 10/20/2011          **To Date:** 11/22/2011          **Institution:** GRA - Graterford

| Location | Case ID | Offender Name | Current Balance | Escrow Balance |
|---|---|---|---|---|
| GRA-E-A-1088-01 | JK7424 | MAXWELL,TYREEK | 46.67 | 0.00 |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| GRA-012684 | 11/18/2011 | 32 - Commissary<br>GRA COMMISSARY FOR 11/18/2011 | -21.22 | 46.67 |
| GRA-012566 | 11/07/2011 | 13 - Personal Gifts<br>SANTIAGO, DENELIA | +50.00 | 67.89 |
| GRA-012426 | 10/25/2011 | 37 - Postage<br>5/31/11 - Na-Na Walker | -0.44 | 17.89 |
| GRA-012426 | 10/25/2011 | 37 - Postage<br>5/31/11 - Nicole Henderson | -0.44 | 18.33 |
| GRA-012426 | 10/25/2011 | 37 - Postage<br>5/31/11 - Nicole Henderson | -0.44 | 18.77 |
| | | **Available Balance** | **46.67** | |

## INMATE TRUST FUND CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning you inmate trust fund account balances; and 2) a certified copy of your inmate trust fund account statement showing all deposits and withdrawals for the prior six-month period.

   *I certify that the petitioner:* Tyreek Maxwell  JK7424  *has the sum of $* 46.67 *on account to his credit at the State Correctional Institution – Graterford, where he is confined.*

   *I further certify that the petitioner likewise has the following securities to his credit according to the records of said.* N/A

Institutions:

_____

_____

_____

_____

Sharron O Bean, Inmate Acct Assist.

**SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL**

11-21-2011

**DATE**

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING      DATE 11/21/2011
REMOTE PRINT TIME 15:50            FROM PURGE FILE           PAGE          1
```

| INMATE | NAME | | | |
|--------|------|---|---|---|
| NUMBER | LAST | FIRST | MI | STARTING BALANCE |
| JK7424 | MAXWELL | TYREEK | | .00 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|----|-------------------------|--------------------|---------------------------|
| 0 | 03-03-2010 | 00 | OPEN NEW ACCOUNT | | |
| | | 80 | GRATERFORD | | |
| 2238 | 03-03-2010 | 37 | POSTAGE | | |
| | | | CLOTHING MAILED HOME | -9.37 | -9.37 |
| 2391 | 03-18-2010 | 13 | PERSONAL GIFT FROM | | |
| | | | PHILADELPHIA PRISON SYSTEM | 195.59 | 186.22 |
| 0 | 03-30-2010 | 82 | TRANSFER OUT | | |
| | | | GRATERFORD | | |
| 0 | 03-30-2010 | 81 | TRANSFER IN | | |
| | | | CAMP HILL | | |

```
              BALANCE AFTER THESE TRANSACTIONS------>        186.22
```

page 1 of 11
SCI Graterford
Sherron J Bean.
Inmate acct Assist.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM       RUN     IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING      DATE 11/21/2011
REMOTE PRINT TIME 15:50              FROM PURGE FILE            PAGE        1
```

|  |  | INMATE | NAME |  |  |  |
|--|--|--------|------|--|--|--|
|  |  | NUMBER | LAST | FIRST | MI | STARTING BALANCE |
|  |  | JK7424 | MAXWELL | TYREEK |  | 186.22 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|---|------------------------|--------------------|---------------------------|
| 2105 | 04-01-2010 | 13 | PERSONAL GIFT FROM 979889 D.SANTIAGO | 50.00 | 236.22 |
| 8106 | 04-16-2010 | 32 | CAM COMMISSARY FOR  4/16/2010 | -51.56 | 184.66 |
| 0 | 04-23-2010 | 82 | TRANSFER OUT CAMP HILL | | |
| 0 | 04-23-2010 | 81 | TRANSFER IN GRATERFORD | | |
| 8117 | 04-27-2010 | 32 | GRA COMMISSARY FOR  4/27/2010 | -42.40 | 142.26 |
| 2835 | 05-05-2010 | 13 | PERSONAL GIFT FROM FORIELLA BATTLE | 40.00 | 182.26 |
| 2855 | 05-06-2010 | 13 | PERSONAL GIFT FROM J. BATTLE | 32.00 | 214.26 |
| 8145 | 05-25-2010 | 32 | GRA COMMISSARY FOR  5/25/2010 | -53.00 | 161.26 |
| 3078 | 05-28-2010 | 13 | PERSONAL GIFT FROM SALITA BRENT | 25.00 | 186.26 |
| 0 | 06-28-2010 | 82 | TRANSFER OUT GRATERFORD | | |
| 0 | 06-29-2010 | 81 | TRANSFER IN CAMP HILL | | |

```
              BALANCE AFTER THESE TRANSACTIONS------>        186.26
```

page 2 of 11
SCI Graterford
Sherron D. Bean,
         Inmate Accts Assist.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN       IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE 11/21/2011
REMOTE PRINT TIME 15:50              FROM PURGE FILE            PAGE          1
```

```
     INMATE    NAME
     NUMBER    LAST                    FIRST       MI            STARTING BALANCE
     JK7424    MAXWELL                 TYREEK                            186.26
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8182 | 07-01-2010 | 32 | CAM COMMISSARY | | |
| | | | FOR  7/01/2010 | -97.29 | 88.97 |
| 9183 | 07-02-2010 | 10 | INMATE EMPLOYMENT | | |
| | | | CCAM Payroll 2010-06 Grp 1' | 4.32 | 93.29 |
| 8187 | 07-06-2010 | 86 | CAM COMMISSARY CR | | |
| | | 32 | FOR  7/06/2010 | 6.25 | 99.54 |
| 8190 | 07-09-2010 | 32 | CAM COMMISSARY | | |
| | | | FOR  7/09/2010 | -44.39 | 55.15 |
| 8194 | 07-13-2010 | 86 | CAM COMMISSARY CR | | |
| | | 32 | FOR  7/13/2010 | 5.07 | 60.22 |
| 2722 | 07-13-2010 | 13 | PERSONAL GIFT FROM | | |
| | | | 986004 DENELIA SANTIAGO | 20.00 | 80.22 |
| 8197 | 07-16-2010 | 32 | CAM COMMISSARY | | |
| | | | FOR  7/16/2010 | -56.77 | 23.45 |
| 8201 | 07-20-2010 | 86 | CAM COMMISSARY CR | | |
| | | 32 | FOR  7/20/2010 | .36 | 23.81 |
| 2791 | 07-23-2010 | 37 | POSTAGE | | |
| | | | POSTAGE | -.17 | 23.64 |
| 2810 | 07-28-2010 | 38 | INSIDE PURCHASES | | |
| | | | VENDA CARD | -3.00 | 20.64 |
| 2825 | 07-28-2010 | 13 | PERSONAL GIFT FROM | | |
| | | | 976049   SALETA | 25.00 | 45.64 |
| 9211 | 07-30-2010 | 10 | INMATE EMPLOYMENT | | |
| | | | CCAM Payroll 2010-07 Grp 1' | 15.12 | 60.76 |
| 0 | 08-03-2010 | 82 | TRANSFER OUT | | |
| | | | CAMP HILL | | |
| 0 | 08-04-2010 | 81 | TRANSFER IN | | |
| | | | SOMERSET | | |
| 0 | 08-05-2010 | 82 | TRANSFER OUT | | |
| | | | SOMERSET | | |
| 0 | 08-05-2010 | 81 | TRANSFER IN | | |
| | | | CAMP HILL | | |
| 2822 | 08-05-2010 | 14 | MISCELLANEOUS | | |
| | | | VENDACARD REFUND | 1.80 | 62.56 |
| 2822 | 08-05-2010 | 38 | INSIDE PURCHASES | | |
| | | | VENDA CARD | -2.00 | 60.56 |
| 0 | 08-05-2010 | 82 | TRANSFER OUT | | |
| | | | CAMP HILL | | |
| 0 | 08-05-2010 | 81 | TRANSFER IN | | |
| | | | SOMERSET | | |
| 8218 | 08-06-2010 | 32 | SMR COMMISSARY | | |
| | | | FOR  8/06/2010 | -39.08 | 21.48 |
| 8225 | 08-13-2010 | 32 | SMR COMMISSARY | | |
| | | | FOR  8/13/2010 | -21.31 | .17 |

*page 3 of 11*
*501 Graterford*
*Sharron S. Bean*
*Inmate acct assist.*

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING      DATE 11/21/2011
REMOTE PRINT TIME 15:50              FROM PURGE FILE          PAGE         2
```

```
      INMATE    NAME
      NUMBER    LAST                   FIRST          MI
      JK7424    MAXWELL                TYREEK
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 1070 | 08-25-2010 | 13 | PERSONAL GIFT FROM | | |
| | | | D. SANTIAGO | 40.00 | 40.17 |
| 9244 | 09-01-2010 | 10 | INMATE EMPLOYMENT | | |
| | | | CSMR Payroll 2010-08 Grp 1' | 15.84 | 56.01 |
| 8245 | 09-02-2010 | 32 | SMR COMMISSARY | | |
| | | | FOR  9/02/2010 | -33.69 | 22.32 |
| 8250 | 09-07-2010 | 86 | SMR COMMISSARY CR | | |
| | | 32 | FOR  9/07/2010 | 3.79 | 26.11 |
| 8253 | 09-10-2010 | 32 | SMR COMMISSARY | | |
| | | | FOR  9/10/2010 | -23.14 | 2.97 |
| 8256 | 09-13-2010 | 13 | J-PAY | | |
| | | | BRENT SALETA | 25.00 | 27.97 |
| 8257 | 09-14-2010 | 86 | SMR COMMISSARY CR | | |
| | | 32 | FOR  9/14/2010 | 3.79 | 31.76 |
| 1260 | 09-16-2010 | 13 | PERSONAL GIFT FROM | | |
| | | | D. SANTIAGO | 50.00 | 81.76 |
| 8260 | 09-17-2010 | 32 | SMR COMMISSARY | | |
| | | | FOR  9/17/2010 | -56.99 | 24.77 |
| 8262 | 09-19-2010 | 13 | J-PAY | | |
| | | | SANTIAGO DENELIA | 20.00 | 44.77 |
| 8264 | 09-21-2010 | 86 | SMR COMMISSARY CR | | |
| | | 32 | FOR  9/21/2010 | 3.79 | 48.56 |
| 8266 | 09-23-2010 | 32 | SMR COMMISSARY | | |
| | | | FOR  9/23/2010 | -36.26 | 12.30 |
| 1375 | 09-28-2010 | 38 | INSIDE PURCHASES | | |
| | | | XEROX VENDACARD PURCHASE | -3.00 | 9.30 |
| 8271 | 09-28-2010 | 86 | SMR COMMISSARY CR | | |
| | | 32 | FOR  9/28/2010 | 5.69 | 14.99 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      14.99
```

page 4 of 11
SCI Crawford
Shannon O'Brien,
Inmate acct asst.

```
PA DEPT. OF CORRECTIONS       INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES   PARTIAL ACCOUNT LISTING       DATE 11/21/2011
REMOTE PRINT TIME 15:50          FROM PURGE FILE            PAGE         1
```

| INMATE | NAME | | | | |
|--------|------|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| JK7424 | MAXWELL | | TYREEK | | 14.99 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|---|-------------------------|--------------------|---------------------------|
| 9274 | 10-01-2010 | 10 | INMATE EMPLOYMENT CSMR Payroll 2010-09 Grp 1' | 1.50 | 16.49 |
| 9274 | 10-01-2010 | 10 | INMATE EMPLOYMENT CSMR Payroll 2010-09 Grp 1' | 3.13 | 19.62 |
| 9274 | 10-01-2010 | 10 | INMATE EMPLOYMENT CSMR Payroll 2010-09 Grp 1' | 15.12 | 34.74 |
| 8274 | 10-01-2010 | 32 | SMR COMMISSARY FOR 10/01/2010 | -29.10 | 5.64 |
| 8276 | 10-03-2010 | 13 | J-PAY SANTIAGO DENELIA | 50.00 | 55.64 |
| 1444 | 10-06-2010 | 38 | INSIDE PURCHASES XEROX VENDACARD PURCHASE | -5.00 | 50.64 |
| 8281 | 10-08-2010 | 32 | SMR COMMISSARY FOR 10/08/2010 | -41.72 | 8.92 |
| 1474 | 10-08-2010 | 38 | INSIDE PURCHASES XEROX COPIES | -.10 | 8.82 |
| 1492 | 10-13-2010 | 37 | POSTAGE CHARGES: 10/12/10 | -.51 | 8.31 |
| 1574 | 10-21-2010 | 37 | POSTAGE CHARGES: 10/20/10 | -.17 | 8.14 |
| 9305 | 11-01-2010 | 10 | INMATE EMPLOYMENT CSMR Payroll 2010-10 Grp 1' | 12.50 | 20.64 |
| 9305 | 11-01-2010 | 10 | INMATE EMPLOYMENT CSMR Payroll 2010-10 Grp 1' | 14.40 | 35.04 |
| 8308 | 11-04-2010 | 13 | J-PAY SANTIAGO DENELIA | 55.00 | 90.04 |
| 1705 | 11-04-2010 | 14 | MISCELLANEOUS 2010 FLAG FOOTBALL CHAMPIONSHI | 10.00 | 100.04 |
| 1717 | 11-05-2010 | 37 | POSTAGE CHARGES: 11/4/10 | -1.02 | 99.02 |
| 8309 | 11-05-2010 | 32 | SMR COMMISSARY FOR 11/05/2010 | -54.45 | 44.57 |
| 1718 | 11-05-2010 | 38 | INSIDE PURCHASES XEROX COPIES | -5.00 | 39.57 |
| 8316 | 11-12-2010 | 32 | SMR COMMISSARY FOR 11/12/2010 | -22.40 | 17.17 |
| 1774 | 11-12-2010 | 31 | OUTSIDE PURCHASES CLERK US DIST COURT:COPIES | -.50 | 16.67 |
| 8323 | 11-19-2010 | 32 | SMR COMMISSARY FOR 11/19/2010 | -16.64 | .03 |
| 1842 | 11-22-2010 | 37 | POSTAGE CHARGES: 11/19/10 | -1.05 | -1.02 |
| 9335 | 12-01-2010 | 10 | INMATE EMPLOYMENT CSMR Payroll 2010-11 Grp 1' | 12.24 | 11.22 |

*page 5 of 11*
*Bar Grassford*
*Sharmon D. Bean,*
*Inmate Acct Assist.*

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE 11/21/2011
REMOTE PRINT TIME 15:50            FROM PURGE FILE            PAGE        4
```

```
     INMATE    NAME
     NUMBER    LAST              FIRST           MI
     JK7424    MAXWELL           TYREEK
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 2425 | 08-08-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201107Grp 2 | 4.25 | 27.63 |
| 2425 | 08-08-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201107Grp 2 | 36.24 | 63.87 |
| 2486 | 08-12-2011 | 32 | Debit 32 - Commissary | -2.58 | 61.29 |
| 2554 | 08-19-2011 | 32 | Debit 32 - Commissary | -.18 | 61.11 |
| 2618 | 08-25-2011 | 34 | Debit 34 - Cable | -16.50 | 44.61 |
| 2622 | 08-26-2011 | 32 | Debit 32 - Commissary | -3.03 | 41.58 |
| 2697 | 09-02-2011 | 32 | Debit 32 - Commissary | -19.63 | 21.95 |
| 2711 | 09-06-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201108Grp 2 | 58.74 | 80.69 |
| 2756 | 09-09-2011 | 32 | Debit 32 - Commissary | -56.82 | 23.87 |
| 2832 | 09-16-2011 | 32 | Debit 32 - Commissary | -9.08 | 14.79 |
| 2898 | 09-23-2011 | 37 | Debit 37 - Postage | -2.48 | 12.31 |
| 2900 | 09-23-2011 | 32 | Debit 32 - Commissary | -10.78 | 1.53 |
| 2965 | 09-30-2011 | 10 | INMATE EMPLOYMENT CSMR Payroll 201109Grp 2 | 43.89 | 45.42 |
| 2967 | 09-30-2011 | 32 | Debit 32 - Commissary | -.18 | 45.24 |

```
               BALANCE AFTER THESE TRANSACTIONS------>        45.24
```

page 10 of 11
SCI Graterford
Shannon D. Bean,
Inmate Acct Assist.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING      DATE 11/21/2011
REMOTE PRINT TIME 15:50              FROM ACTIVE FILE          PAGE          1
```

```
     INMATE     NAME
     NUMBER     LAST                FIRST         MI          STARTING BALANCE
     JK7424     MAXWELL             TYREEK                          45.24
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 0 | 10-04-2011 | 82 | Transfer Out Somerset | | |
| 0 | 10-04-2011 | 81 | Transfer In Smithfield | | |
| 0 | 10-13-2011 | 82 | Transfer Out Smithfield | | |
| 0 | 10-13-2011 | 81 | Transfer In Graterford | | |
| 2340 | 10-18-2011 | 32 | Debit | | |
| | | | 32 - Commissary | -26.03 | 19.21 |
| 2426 | 10-25-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 18.77 |
| 2426 | 10-25-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 18.33 |
| 2426 | 10-25-2011 | 37 | Debit | | |
| | | | 37 - Postage | -.44 | 17.89 |
| 2566 | 11-07-2011 | 13 | Credit | | |
| | | | 13 - Personal Gifts | 50.00 | 67.89 |
| 2684 | 11-18-2011 | 32 | Debit | | |
| | | | 32 - Commissary | -21.22 | 46.67 |

```
                        BALANCE AFTER THESE TRANSACTIONS------>       46.67
```

page 11 of 11
SCI Graterford
Sharon D. Bean.
Inmate Acct Assist.

Tyreek maxwell JK-7424
Box 244
Graterford, PA 19426

MR. michael E. Kunz

United States District Court

Eastern District of Pennsylvania

601 E market Street

Philadelphia, PA 19106

RECEIVED

DEC 09 2011

December 6, 2011

Dear: MR Kunz

Inclosed is The (1983) Form of The civil Lawsuit I am

wishing to pursue. I put my home Jail S.C. I somerset as my

address because That is my home Jail. I am only here at s.c. I

Graterford, For court. I am asking For private counsel to help me

pursue This matter Because

1.) I don't Know The law

2.) I don't understand The law

3.) I only have a 8th grade completion level

4.) I am on medication due to mental health issues so I have

A hard time understanding, Comprehending and Interpreting

certain Things

5.) This is a very serious matter That I will need professional

help with

6.) I don't Know The steps or procedures I need to Take to

pursue This matter

7.) my Time to pursue This matter is Running out and I don't

Know how or what to Do to perserve The time.

8.) my Access to The Law Library is very Limitted and I Don't have The proper guidence I need to help me File paper work Dealing with This matter.

9.) I Berely can Read or write.

10.) I have no Legal expertise at all.

Sincerely Tyreek maxwell

Date: December 6, 2011

cc.