IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREEK M. MAXWELL, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 11-7565 |
| | : | |
| MICHAEL NUTTER, MAYOR OF | : | |
| PHILADELPHIA, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 23rd day of March, 2015, upon consideration of the defendants' motion for partial summary judgment (Document #21), and the plaintiff's motion for summary judgment (Document #23), IT IS HEREBY ORDERED that:

1. The defendants' motion is GRANTED in its entirety.

2. The plaintiff's motion is DENIED in its entirety.

3. Judgment is entered on behalf of the City of Philadelphia, Mayor Michael Nutter, Police Commissioner Charles Ramsey, and Officer William Moser.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.