# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREEK M. MAXWELL,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | NO. 11-7565 |
| | : | |
| **MICHAEL NUTTER, MAYOR OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this 3rd day of June, 2015, upon consideration of the plaintiff's *pro se* partial motion to alter or amend a judgment (Document #27), it is hereby ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.